IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DYE IT CONSULTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JERRY CARTER and FIRST PRIORITY PAY, LLC, <br><br> Defendants. | CIVIL ACTION NO. 10-01611-(SRC) |
| ATLANTA BAY BREEZE, INC., DOUGLASVILLE BAY BREEZE, INC., and FERRELLS, PLLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTOMATIC DATA PROCESSING, INC., and JERRY CARTER, <br><br> Defendants. | CIVIL ACTION NO. 10-3988 (SRC) |

IT IS HEREBY ORDERED on this ___ day of _____, 2011.

The above entitled actions are voluntarily dismissed as to all parties without prejudice, and without costs or fees to any party.

~~Michael A. Shipp, U.S.M.J.~~

Stanley R. Chesler, U.S.D.J.